Case Name: *Rosetta Jaisingh v. Synchrony Bank*            Case Number: 1:24 CV - 05595 (CBA) (LKE)

# PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

|  | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED *BEFORE* THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | x |  | 10/21/24 |
| 2. Rule 26(a)(1) disclosures exchanged | Pl.'s discl. served. |  | Def. to serve discl. by 11/19. |
| 3. Requested: | | | |
|     a. Medical records authorization | x | | |
|     b. Identification of John Doe/Jane Doe defendants | | x | |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | x | | |
| 5. Protective Order to be submitted for court approval (*see* Standing Protective Order on the Chambers website) | | | 12/4 |
| **B. SETTLEMENT PLAN** | | | |
| 1. Plaintiff to make settlement demand | 2/13/25 | | |
| 2. Defendant to make settlement offer | 2/23/25 | | |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date for mediation to be completed) | | | parties to discuss possibility of mediation referral or settlement conference by 2/28/25 |
| 4. Settlement Conference (proposed date) | | | |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties | | | 2/13/25 |
| 2. Motion to amend pleadings | | | 2/13/25 |
| 3. Initial documents requests and interrogatories | | | 12/13/24 |
| 4. All fact discovery to be completed | | | 6/13/25 |

|  | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| 5. Expert discovery (only if needed)  *Check here if not applicable* ☐ | | | |
|    a. Affirmative expert reports due | | | 6/13/25 |
|    b. Rebuttal expert reports due | | | 7/13/25 |
|    c. Depositions of experts to be completed | | | 8/13/25 |
| 7. Completion of all discovery (if different from C.4) | | | 9/1/25 |
| 8. Joint status report certifying close of all discovery and indicating whether dispositive motion is anticipated | | | 9/1/25 |
| 9. If any party seeks a **dispositive motion**, date to<br>   a. file request for pre-motion conference (if required), or<br>   b. file briefing schedule for the motion | | | 10/1/25 |
| 10. Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | | 10/1/25 |

### D. CONSENT TO MAGISTRATE JUDGE JURISDICTION

1. All parties consent to Magistrate Judge jurisdiction for dispositive motions?  ☐ Yes  ☒ No
2. All parties consent to Magistrate Judge jurisdiction for trial?  ☐ Yes  ☒ No

### E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY

1. Motion for collective action certification in FLSA cases
   a. Response due
   b. Reply due
2. Motion for Rule 23 class certification
   a. Response due
   b. Reply due

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

_____            _____
**LARA K. ESHKENAZI**                                            **Date:**
United States Magistrate Judge