Case Name: *Rosetta Jaisingh v. Synchrony Bank*  Case Number: 1:24 CV - 05595 (CBA) (LKE)

# PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

|  | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED *BEFORE* THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | x | | 10/21/24 |
| 2. Rule 26(a)(1) disclosures exchanged | Pl.'s discl. served. | | Def. to serve discl. by 11/19. |
| 3. Requested: | | | |
|     a. Medical records authorization | x | | |
|     b. Identification of John Doe/Jane Doe defendants | | x | |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | x | | |
| 5. Protective Order to be submitted for court approval (*see* Standing Protective Order on the Chambers website) | | | 12/4 |
| **B. SETTLEMENT PLAN** | | | |
| 1. Plaintiff to make settlement demand | 2/13/25 | | |
| 2. Defendant to make settlement offer | 2/23/25 | | |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date for mediation to be completed) | | | parties to discuss possibility of mediation referral or settlement conference by 2/28/25 |
| 4. Settlement Conference (proposed date) | | | |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties | | | 2/13/25 |
| 2. Motion to amend pleadings | | | 2/13/25 |
| 3. Initial documents requests and interrogatories | | | 12/13/24 |
| 4. All fact discovery to be completed | | | 4/28/25 |

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| 5. Expert discovery (only if needed) *Check here if not applicable* ☐ | | | |
| a. Affirmative expert reports due | | | 5/21/25 |
| b. Rebuttal expert reports due | | | 6/18/25 |
| c. Depositions of experts to be completed | | | 7/16/25 |
| 7. Completion of all discovery (if different from C.4) | | | 7/23/25 |
| 8. Joint status report certifying close of all discovery and indicating whether dispositive motion is anticipated | | | 7/23/25 |
| 9. If any party seeks a **dispositive motion**, date to<br>a. file request for pre-motion conference (if required), or<br>b. file briefing schedule for the motion | | | 8/13/25 |
| 10. Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | | 8/13/25 |

| **D. CONSENT TO MAGISTRATE JUDGE JURISDICTION** | |
|---|---|
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motions? | ☐ Yes<br>☒ No |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes<br>☒ No |

| **E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY** | | | |
|---|---|---|---|
| 1. Motion for collective action certification in FLSA cases | | | |
| a. Response due | | | |
| b. Reply due | | | |
| 2. Motion for Rule 23 class certification | | | |
| a. Response due | | | |
| b. Reply due | | | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED: /s/ Lara K. Eshkenazi                                          11/19/2024

_____                    _____
**LARA K. ESHKENAZI**                                                              **Date:**
United States Magistrate Judge